UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK D. READER,

     Plaintiff,

v.                                  Case No.  6:12-cv-1106-Orl-CEH-TBS

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

     Defendant.

_____/

## ORDER

     Pending before the Court is Plaintiff's Affidavit of Indigency (Doc. 2) which the

Court construes as a Motion To Proceed In Forma Pauperis.  In Section VI.2(c) of his

affidavit, Plaintiff reports $8,208 received from other sources during the last 12 months.

The Court requires clarification of this income.  Accordingly, within 14 days from the

rendition of this Order, Plaintiff should explain the source(s) of this money, whether he

will continue to receive it, and whether the amount is expected to increase or decrease.

     IT IS SO ORDERED.

     DONE AND ORDERED in Orlando, Florida, on July 18, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel